**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Merillin La Rue<br><br>   Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., an Ohio corporation; Wells Fargo Bank, National Association, a California corporation; and XCeed Financial Credit Union, a foreign corporation,<br><br>   Defendants. | CASE NO.  2:15-cv-01995 SRB<br><br>**ORDER DISMISSING DEFENDANT XCEED FINANCIAL FEDERAL CREDIT UNION WITH PREJUDICE** |

Pursuant to the Stipulation to Dismiss Xceed Financial Federal Credit Union and for good cause appearing,

IT IS ORDERED, ADJUDGED AND DECREED that this case/action is dismissed as to Xceed Financial Federal Credit Union, with prejudice and all claims and causes of action asserted or which could have been asserted against Xceed Financial Federal Credit Union in this action are dismissed with prejudice.  Each Party shall bear her/its own costs and attorneys' fees.  This dismissal with prejudice does not affect the claims against Experian Information Solutions, Inc., and Wells Fargo Bank, National Association.

Dated this 19th day of April, 2016.

_____
Susan R. Bolton
United States District Judge