Adam E. Lang (022545)
Jennifer A. Stevens (024655)
SNELL & WILMER
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004-2202
Telephone:   (602) 382-6000
Facsimile:   (602) 382-6070
Email: alang@swlaw.com
       jstevens@swlaw.com

Attorneys for Defendant
Wells Fargo Bank NA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Merillin La Rue,<br><br>           Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., an Ohio corporation; Wells Fargo Bank, National Assoc., a California corporation, and XCeed Financial Credit Union, a foreign corporation,<br><br>           Defendants. | CASE NO. 2:15-cv-01995-SRB<br><br>**NOTICE OF SETTLEMENT** |

**Please Take Notice,** Plaintiff Merillin La Rue and Defendant Wells Fargo Bank, N.A. have reached an agreement to resolve this matter.  The parties anticipate filing a dismissal with prejudice, as to Defendant Wells Fargo Bank, N.A. only, within 60 days from the date of this Notice.

DATED this 23rd day of June, 2016.

SNELL & WILMER L.L.P.


By  *s/Jennifer A. Stevens*
   Adam E. Lang
   Jennifer A. Stevens
   *Attorneys for Defendant Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 23, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the participating CM/ECF Registrants.

 *s/ Jennifer A. Stevens*
24347386