TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Merillin La Rue*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Merillin La Rue, | Case No.: 2:15-cv-01995-SRB |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |
| Experian Information Solutions, Inc., an Ohio corporation; Wells Fargo Bank, N.A., a California corporation; and Xceed Financial Credit Union, a foreign corporation. | |
| Defendants. | |

   NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian

Information Solutions, Inc., in the above-captioned case have reached a settlement.

1

The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 8th day of August, 2016.

                    KENT LAW OFFICES

By: */s/ Trinette G. Kent*
Trinette G. Kent
Attorney for Plaintiff,
Merrilin La Rue

2